1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   DENNIS J. CANTY, ESQ. (SBN 207978)
2  EMILY CHARLEY, ESQ. (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Telephone    (415) 646-7160
   Facsimile    (415) 981-1270
5
6  Attorneys for Plaintiff
7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11
12 LORI KLUSKA,                         Case No. C 06 1317 PJH

13              Plaintiff,              **NOTICE OF VOLUNTARY DISMISSAL**

14       v.                             **HON. PHYLLIS J. HAMILTON**

15 ASTRAZENECA PHARMACEUTICALS,
   L.P., ASTRAZENECA, L.P., AND ELI LILLY
16 AND COMPANY,

17              Defendant

18       NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff
19
   voluntarily dismisses the above-captioned action without prejudice.
20
21 Dated: May 26, 2006              **LEVIN SIMES KAISER & GORNICK LLP**

22
                                    _____
23                                  Dennis J. Canty
                                    Attorneys for Plaintiff
24
25                                  IT IS SO ORDERED
26                                  Judge Phyllis J. Hamilton
27
28

VOLUNTARY DISMISSAL                                            PAGE 1